FIRST NATIONAL BANK OF IRONTON v. H. M. STETSON AND ANOTHER.[1]

October 24, 1924.

No. 24,257.

**No reversal upon conflicting evidence not returned on appeal.**

Where evidence on issue of payment of admitted debt is conflicting and record does not contain either testimony of defendant or charge of court, verdict for plaintiff will not be disturbed. [Reporter.]

[1]Reported in 200 N. W. 356.

Action in the district court for Crow Wing county to recover $195.59. The case was tried before Wright, J., and a jury which returned a verdict for the amount demanded. From an order denying his motion for judgment notwithstanding the verdict or for a new trial, H. M. Stetson appealed. Affirmed.

*Murphy & Cook*, for appellant.

*Mal Clark*, for respondent.


PER CURIAM.

Action to recover a balance of the premium on four insurance policies, in amounts as follows: Upon one policy $27.59; one $22; one $52.30 and one $93.70, a total of $195.59, with interest from May 3, 1923, at 6 per cent per annum.

It is admitted in the answer that defendants were copartners, as alleged in the complaint; that they ordered certain fire insurance from and through the plaintiff and became indebted to plaintiff for premiums thereon, but it is alleged that payment had been made prior to the commencement of this action. Plaintiff offered proof that there was a balance of $195.59 owing thereon. There was a verdict for the plaintiff. Defendant's testimony does not appear in the record, nor does the charge of the court appear therein. The verdict must be sustained.

Affirmed.